**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **Case No. 2:20-cr-00075** |
| **Plaintiff,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | **Magistrate Judge King** |
| **SEAN M. DETTY,** : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter is before the Court on Magistrate Judge King's July 29, 2020 Report and Recommendation, accepting Defendant Sean M. Detty's plea of guilty to one count of Conspiracy to Possess with the Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 846.  The parties had fourteen days to file any Objections to the Report and Recommendation.  That period has elapsed with no Objections filed.

Having found that Magistrate Judge King reached the correct outcome, the Court **ADOPTS** the July 29, 2020 Report and Recommendation as its own findings of fact and conclusions of law. Defendant Detty's plea of guilty is hereby **ACCEPTED**.

**IT IS SO ORDERED.**

                                                                  _____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: September 14, 2020**